**Luban Basim IBRAHEEM, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–73267.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 21, 2014.*

Filed Jan. 23, 2014.

Thomas A. Lappin, Esquire, Law Office of Thomas A. Lappin, San Diego, CA, for Petitioner.

Manuel Palau, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

MEMORANDUM **

Luban Basim Ibraheem, a native of Iraq and citizen of New Zealand, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen to adjust status. We have jurisdiction under 8 U.S.C. § 1252. We review the denial of a motion to reopen for abuse of discretion. *Malhi v. INS*, 336 F.3d 989, 993 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Ibraheem's motion to reopen to apply for adjustment of status where he did not show prima facie eligibility for the relief sought. *See id.* at 994.

Ibraheem's contention that the BIA should have applied an analysis similar to that used in cases involving continuances is not persuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.